**NICOLAS O. JIMENEZ**
California Bar No. 295057
LAW OFFICES OF TIMOTHY A. SCOTT, APC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0482
Facsimile: (619) 652-9964
Email: noj@timscottlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HON. CATHY ANN BENCIVENGO)**

| | |
|---|---|
| Joanne Lewis,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br><br>United States; CBP Officer Amir, individually and in his official capacity; CBP Officer Ramos, individually and in his official capacity; CBP Officer Gomez, individually and in his official capacity; Doe CBP Officers 1-50, individually and in their official capacities; San Diego County Sheriff's Department; Doe SDCS Deputies 1-50, individually and in their official capacities; Contra Costa County Sheriff's Department; CCCSD Deputy A. Charles, individually and in his official capacity; CCCSD Deputy M. Bailey, individually and in his official capacity; Doe CCCSD Deputies 1-50, individually and in their official capacities,<br><br>　　　　　Defendants. | Civil Action No. 15-CV-2319-CAB-JLB<br><br><br><br><br><br><br><br>**Summons Returned Executed as to Defendant Contra Costa County Sheriff's Department** |

Pursuant to Fed. R. Civ. P 4(l) and Local Civil Rule 5.2, Ms. Lewis, by and through counsel, respectfully submits proof of the executed summons as to defendant Contra Costa County Sheriff's Department.

Date:  November 13, 2015

Respectfully submitted,

*s/ Nicolas O. Jimenez*

NICOLAS O. JIMENEZ
LAW OFFICES OF TIMOTHY A. SCOTT, APC
Attorneys for Plaintiff Joanne Lewis