STEVEN BELLIZZI, ESQ.
BELLIZZI & ASSOCIATES
1010 SECOND AVENUE, SUITE 2400
SAN DIEGO CA 92109
619-255-0405
Attorney for : JOANNE LEWIS

Ref. No.      : 0727655-01
Atty. File No. : 15-CV-2319-CAB-JLB

UNITED STATES DISTRICT COURT
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF    : JOANNE LEWIS
DEFENDANT    : UNITED STATES

Case No.: 15-CV-2319-CAB-JLB
**PROOF OF SERVICE OF SUMMONS**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the   SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET;

3. a. Party served      :     CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT
                              AUTHORIZED AGENT FOR SERVICE: CLERK OF THE BOARD
   b. Person served     :     STEPHANIE MELLO, DEPUTY CLERK
                              (DESIGNATED TO ACCEPT SERVICE OF PROCESS)

4. Address where the party was served      651 PINE STREET        FIRST FLOOR
                                           MARTINEZ, CA 94553     (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on October 23, 2015   (2) at: 08:08 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:       CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT
                          AUTHORIZED AGENT FOR SERVICE: CLERK OF THE BOARD
   under [xx] CCP 416.50  (public entity)

7. **Person who served papers**
   a. SUSAN BERMUDEZ
   b. KNOX ATTORNEY SERVICE
      2250 FOURTH AVENUE
      SAN DIEGO, CA 92101
   c. 619-233-9700

   d. Fee for service: $94.75
   e. I am:
      (3) a registered California process server
         (i)  an independent contractor
         (ii) Registration No.: 152
         (iii) County: San Diego, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 30, 2015

Signature: _____
                SUSAN BERMUDEZ

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**