LAURA E. DUFFY
United States Attorney
PAUL L. STARITA
Assistant U.S. Attorney
State of California Bar No. 219573
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7701
Email: paul.starita@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE LEWIS,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, et al,<br><br>          Defendants. | Case No.: 15CV2319-CAB(JLB)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

   I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.  Please contact me if you have any questions regarding this notice.

DATED:    November 13, 2015            Respectfully submitted,

                                       LAURA E. DUFFY
                                       United States Attorney

                                       s/ Paul L. Starita
                                       PAUL L. STARITA
                                       Assistant United States Attorney
                                       Attorneys for United States