TIMOTHY A. SCOTT, Esq.
California Bar No. 215074
Law Offices of Timothy A. Scott
1350 Columbia Street, Suite 600
San Diego, CA 92101
Telephone: (619) 794-0451
Fax: (619) 652-9964
Email: tscott@timscottlaw.com
Attorneys for Plaintiff

LAURA E. DUFFY
United States Attorney
PAUL L. STARITA
Assistant U.S. Attorney
Cal. State Bar No. 219573
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7701
Facsimile: (619) 546-7751
Email: paul.starita@usdoj.gov

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al,<br><br>　　　　Defendants. | Case No.:  15CV2319-CAB-JLB<br><br>**JOINT NOTICE OF SETTLEMENT AS TO FEDERAL DEFENDANTS**<br><br>Judge:  Hon. Cathy Ann Bencivengo |

**COME NOW THE PARTIES,** Plaintiff Joanne Lewis, by and through her counsel, Timothy A. Scott, and Defendant United States of America, by and through its counsel, Laura E. Duffy, United States Attorney, and Paul L. Starita, Assistant United States Attorney, and hereby file this notice to inform the Court that the parties have reached an agreement to settle the matters alleged in Plaintiff's Complaint.  The parties have executed the necessary paperwork to finalize settlement and issue settlement payment.

Based upon the foregoing, it is respectfully requested that the Court stay this action as it relates to all Federal Defendants for ninety (90) days to allow the parties sufficient time to issue settlement payment and file a joint motion to dismiss this action with prejudice as to all Federal Defendants once settlement payment is received.

Respectfully submitted,

Date: December 21, 2015          Law Offices of Timothy A. Scott

s/ Timothy A. Scott
TIMOTHY A. SCOTT
Attorneys for Plaintiff

Date: December 21, 2015          LAURA E. DUFFY
United States Attorney

s/ Paul L. Starita
PAUL L. STARITA
Assistant United States Attorney
Attorneys for Defendant
United States of America

2

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Plaintiff's Counsel to affix his electronic signature to this document.

Date: December 21, 2015

LAURA E. DUFFY
United States Attorney

s/ Paul L. Starita
PAUL L. STARITA
Assistant United States Attorney
Attorneys for Defendant
United States of America