UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joanne Lewis,<br><br>                           Plaintiff,<br><br>v.<br><br>United States, et al.,<br><br>                          Defendants. | Case No.: 15-cv-02319-CAB-JLB<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE AND EXCUSING THE UNITED STATES FROM THE DATES AND DEADLINES SET FORTH IN THE COURT'S NOVEMBER 13, 2015 ORDER**<br><br>**[ECF Nos. 10, 15]** |

On December 21, 2015, Plaintiff Joanne Lewis and Defendant United States of America filed a Notice of Settlement. (ECF No. 15.) Accordingly, IT IS HEREBY ORDERED:

    1. Defendant United States of America is EXCUSED from all dates and deadlines set forth in the Court's November 13, 2015 Order. (ECF No. 10.)

    2. A Joint Motion for Dismissal shall be electronically filed by Plaintiff Joanne Lewis and Defendant United States of America or before **March 15, 2016**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable Cathy Ann Bencivengo, shall

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

1

15-cv-02319-CAB-JLB

be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

3. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before **March 15, 2016**, then a Settlement Disposition Conference with Plaintiff Joanne Lewis and Defendant United States of America shall be held on **March 22, 2016**, at **2:30 PM** before Magistrate Judge Jill L. Burkhardt. The conference shall be telephonic, with attorneys for Plaintiff Joanne Lewis and Defendant United States of America only. Counsel shall initiate and coordinate placing a joint call into chambers with all participating counsel already on the line.

4. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before **March 15, 2016**, the Settlement Disposition Conference shall be vacated without further court order.

Dated: December 22, 2015

Hon. Jill L. Burkhardt
United States Magistrate Judge

---

[2] *See id.* § 2(h), for the chambers' official email address and procedures on emailing proposed orders.