# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE LEWIS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES et al.,<br><br>    Defendants. | Case No. 15CV2319-CAB-JLB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 35] |

The joint motion to dismiss submitted by Plaintiff and Defendants Contra Costa County and M. Bailey is **GRANTED**. Accordingly, this action is **DISMISSED WITH PREJUDICE** in its entirety. All parties to bear their own fees and costs. This case is **CLOSED**.

It is **SO ORDERED**.

Dated: May 19, 2016

Hon. Cathy Ann Bencivengo
United States District Judge